**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-8025**

HARVEY P. SHORT,

Plaintiff - Appellant,

versus

WILLIAM J. CHARNOCK, Prosecutor; SUE C.
RUBENSTEIN, Bar Admission Administrator;
ROBERT SCHULENBURG, Assistant Prosecutor,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (2:06-cv-00721)

Submitted: May 31, 2007                    Decided: June 5, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harvey P. Short, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Short's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Short v. Charnock</u>, No. 2:06-cv-00721 (S.D.W. Va. Nov. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>